

**National Payment Relief**

*Solutions that work*

512 Pennsylvania Avenue, Fort Washington, PA 19034, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com    info@nationalpaymentrelief.com

Dear Angela Robinson

American Loan Services d/b/a/ National Payment Relief has tried reaching out to you via phone, email and the U.S. Postal Service regarding the above referenced note balance owed to them.

Our preference is to help create a **mutually beneficial workout** rather than to proceed with foreclosure. To date, there has been **no or little communication back from you** therefore, forcing us to proceed with protecting our interest and enforcing the company's legal rights. It is extremely important that you contact us with questions or concerns or to begin a dialogue to create a workout plan at **(800) 991-4518 or by email at info@nationalpaymentrelief.com.** You can help yourself by calling now.

We have a wide array of program for which you may qualify to allow you to get back on track and possibly:

- Reduce your monthly payment
- Reduce your interest rate
- Reduce your principal
- Forgive late fees

However, if you do not act, American Loan Services d/b/a National Payment Relief, LLC will begin foreclosure proceedings in thirty (30) days. Now that the seriousness of this matter has been brought forth, we await your prompt response.

Sincerely,

**Past Due Accounts**
**American Loan Services d/b/a/ National Payment Relief, LLC**

512 Pennsylvania Avenue, Fort Washington, PA 19034
(800) 991-4518
Direct: (908) 307-7148 Fax: (800) 991-4518
www.nationalpaymentrelief.com
info@nationalpaymentrelief.com

**UNLESS YOU NOTIFY THIS OFFICE WITHIN FIFTEEN (15) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION OF THE DEBT, THIS OFFICE WILL ASSUME THAT THE DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN FIFTEEN (15) DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT (OR OBTAIN A COPY OF A JUDGMENT, IF THE DEBT HAS BEEN REDUCED TO JUDGMENT) AND MAIL THE VERIFICATION TO YOU. IN ADDITION, IF YOU REQUEST FROM THIS OFFICE IN WRITING WITHIN FIFTEEN (15) DAYS AFTER RECEIVING THIS NOTICE, THE OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

*Disclosure Notice:*
*This communication is for a debt collector and it is an attempt to collect a debt and any information obtained will be used for that purpose.*
*Confidentiality Notice: The documents in this transmission contain confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in relation to the contents, is strictly prohibited.*

(PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION)