**National
Payment
Relief**

**Solutions that work**

600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com                              info@nationalpaymentrelief.com

September 23, 2013

Angela Robinson
2601 NATCHEZ AVE
CLEVELAND, OH 44109

Dear Angela Robinson,

You are hereby notified that the servicing of the above-referenced account has been assigned, sold or transferred from Coast Capital, LLC to National Payment Relief, LLC. The date your present servicer will stop accepting payments from you is 8/13/2013. The date that your new servicer, National Payment Relief, will begin accepting payments from you is after 8/13/2013. Please send all payments on or after that date to your new servicer.

The assignment, sale or transfer of the servicing of your account does not affect any term or condition of the financing agreement, other than terms directly related to the servicing of your account.

**Present Servicer:**
Your present servicer is Coast Capital, LLC.  If you have any questions relating to the transfer of servicing prior to 8/13/2013, please call us at 949.660.0361 from 8 am to 5pm, Monday through Friday.

**New Servicer:**
Your new servicer is National Payment Relief, LLC.  If you have any questions relating to the transfer of servicing after 8/13/2013, please call NPR at (800) 341-9980, 9:30 AM to 5:30PM EST, Monday through Friday.

You will receive a coupon book or billing statement from NPR.  However, if you do not receive a coupon book or billing statement prior to your next due date; please send your payment to NPR at the following address:

|  Standard Mail: | Overnight Customer Pmts to: | Customer Correspondence: |
|---|---|---|
| National Payment Relief, LLC | National Payment Relief, LLC | National Payment Relief |
| 600 West Germantown Pike | 600 West Germantown Pike | 600 West Germantown Pike |
| Suite 400 | Suite 400 | Suite 400 |
| Plymouth Meeting, PA 19462 | Plymouth Meeting, PA 19462 | Plymouth Meeting, PA 19462 |

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance you may have. If you have mortgage life or disability insurance, you should contact your insurance company directly.

You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA (12U.S.C. 2605):

**National**
**Payment**
**Relief**

**Solutions that work**

600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com                                    info@nationalpaymentrelief.com

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and reasons for the request. Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with written clarification regarding any dispute. During this 60-business day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.   Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

Please retain this information with your financing agreement.

Best regards,

**Rosalie Bucci**
**Workout Specialist**
**National Payment Relief, LLC**
600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462
**(800) 991-4518 ext. 102**
Fax: (800) 991-4518
www.nationalpaymentrelief.com
info@nationalpaymentrelief.com

*Disclosure Notice:  This communication is for a debt collector and it is an attempt to collect a debt.*
*Confidentiality Notice:  The documents in this transmission contain confidential information belonging to the sender,*
*which is legally privileged.  The information is intended only for the use of the individual or entity named above.  If you are*
*not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in*
*relation to the contents, is strictly prohibited.  If you have received this facsimile and/or email in error, please notify the*
*sender immediately and destroy the document(s).*