

**National Payment Relief**

*Solutions that work*

600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com                info@nationalpaymentrelief.com

Monday, September 23, 2013

Angela Robinson
2601 NATCHEZ AVE
CLEVELAND, OH 44109

Dear Angela Robinson;

Please return your completed worksheet to the address listed above or fax to (800) 341-9980 or scan and email it back for immediate consideration. In order for your proposal to be considered please also provide:

1) Last two months of your bank statements, checking, savings and all retirement accounts. Bank statement should show payment of your first mortgage

2) W-2 forms for all working members of the household.

3) 2012 tax returns from all adult members in the household.

4) Attached Freddie Mac 1126 filled out and signed.

5) Attached Home owner option filled out and signed.

6) Attached Authorization to Release Information.


Best regards,


**Rosalie Bucci
Solutions Specialist
National Payment Relief, LLC**

512 Pennsylvania Avenue, Fort Washington, PA 19034
(800) 991-4518 ext. 201
Fax: (800) 991-4518
www.nationalpaymentrelief.com
Rosalie.bucci@nationalpaymentrelief.com



**National Payment Relief**

*Solutions that work*

*Disclosure Notice:*
*This communication is for a debt collector and it is an attempt to collect a debt. Confidentiality Notice:*
*The documents in this transmission contain confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in relation to the contents, is strictly prohibited. If you have received this facsimile and/or email in error, please notify the sender immediately and destroy the document(s).*

 **National Payment Relief**  **Solutions that work**

600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com                info@nationalpaymentrelief.com

## Authorization to Release Lending Information

| Property Address | |
|---|---|
| City | |
| County | |
| State | |
| Zip Code | |
| Borrower Name | |
| Co-borrower Name | |

To whom it may concern:

This "Authorization to Release Lending Information" is my written permission to you to release my Account Statement, loan payoff, and other information regarding the referenced account and property to: **National Payment Relief, LLC and FCI Lender Services, Inc.** (Authorized Parties) and/or paralegals or assistants calling from the office.

Thank you,

Signed: _____

Print Name: _____

Date: _____