

**National Payment Relief**

*Solutions that work*

600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com                                   info@nationalpaymentrelief.com

# FINAL NOTICE BEFORE LEGAL ACTION

September 23, 2013

Angela Robinson
2601 NATCHEZ AVE
CLEVELAND, OH 44109

Dear Angela Robinson,

This is a final attempt before turning the above referenced loan to our legal department for foreclosure. National Payment Relief, LLC has tried reaching out to you by phone, email and the U.S. Postal Service regarding the above referenced note balance owed to them. Our preference is to help create a mutually beneficial workout rather than to proceed with foreclosure. To date, there has been no or little communication back from you, therefore forcing us to proceed with protecting our interest and enforcing the company's legal rights.

It is extremely important that you contact us with questions or concerns or to begin a dialogue to create a workout plan. **Call (800) 341-9980 or email info@nationalpayment.com for immediate assistance.** You can help yourself by calling now.

**UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION OF THE DEBT, THIS OFFICE WILL ASSUME THAT THE DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT (OR OBTAIN A COPY OF A JUDGMENT, IF THE DEBT HAS BEEN REDUCED TO JUDGMENT) AND MAIL THE VERIFICATION TO YOU. IN ADDITION, IF YOU REQUEST FROM THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THE OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

---

Call a solutions specialist at (800) 341-9980 to see if you qualify for one of our limited time programs aimed to help you get back on track and potentially:

- ✓ Reduce your monthly payments
- ✓ Reduce your interest rate
- ✓ Reduce your principal

---

*Disclosure Notice: This communication is for a debt collector and it is an attempt to collect a debt.*
*Confidentiality Notice: The documents in this transmission contain confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in relation to the contents, is strictly prohibited. If you have received this facsimile and/or email in error, please notify the sender immediately and destroy the document(s).*



**National Payment Relief**

*Solutions that work*

600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462, Ph. (800) 991-4518 Fax (800) 991-4518
www.nationalpaymentrelief.com                                    info@nationalpaymentrelief.com

However if you do not act, National Payment Relief, LLC will begin foreclosure proceedings in thirty (30) days. Now that the seriousness of this matter has been brought forth, we await your prompt response.


Best regards,



**Rosalie Bucci**
**Workout Specialist**
**National Payment Relief, LLC**
600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462
(800) 991-4518 ext. 102
Fax: (800) 991-4518
www.nationalpaymentrelief.com
info@nationalpaymentrelief.com

*Disclosure Notice: This communication is for a debt collector and it is an attempt to collect a debt.*
*Confidentiality Notice: The documents in this transmission contain confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in relation to the contents, is strictly prohibited. If you have received this facsimile and/or email in error, please notify the sender immediately and destroy the document(s).*