# BENSON LAW FIRM

PERSONAL SERVICE. UNCOMPROMISING LOYALTY.™

August 14, 2014

National Payment Relief
600 West Germantown Pike
Suite 400
Plymouth Meeting, PA 19462

To Whom It May Concern,

Re: Angela Robinson | 2601 Natchez Avenue, Cleveland, OH 44109 | Case No.: CV 14 820633

Angela Robinson is current on the first mortgage, which is completely underwater. The only reason to foreclose on the second would not be to seek payment on the loan from the liquidated collateral, but instead would be to force Angela Robinson to pay personally—an act that is prohibited by the Order of Discharge from the United States Bankruptcy Court for the Northern District of Ohio.

Please contact us with any questions.

Best regards,

David M. Benson
Attorney at Law

DMB:ggr

cc: Angela Robinson